UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Maximo Morillo
    Appellant.

v.                                                      19-cv-11866-KMK

Wells Fargo Bank, N.A.
    Appellee
_____

<del>Propose</del>d Order

Upon the Notice of Withdrawal of Appeal by Maximo Morillo, Appellant, through his attorney Joshua N. Bleichman;

ORDERED

The within case is dismissed and the clerk of the court is ordered to close this case without costs.

_____
Honorable Judge Kenneth M. Karas,
USDJ

July 20, 2020